# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 24, 2003

Before

**Hon.** RICHARD D. CUDAHY, Circuit Judge

**Hon.** JOHN L. COFFEY, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

GLOBAL RELIEF FOUNDATION, INC.,
     *Plaintiff-Appellant*,

**No.** 02-2536          **v.**

PAUL H. O'NEILL, Secretary of the
Treasury, *et al.*,
     *Defendants-Appellees*.

Appeal from the United
States District Court
for the Northern
District of Illinois,
Eastern Division.

No. 02 C 674
Wayne R. Andersen,
*Judge*.

**Order**

The opinion of this court issued on December 31, 2002, is amended as follows:

Page 10, lines 5-6, change "Foreign Sovereign Immunities Act" to "Foreign Intelligence Surveillance Act."